AO 120 (Rev. 08/10)

Page 1 of 2

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____for the District of South Carolina Spartanburg Division_____ on the following

☒ Trademarks or ☐ Patents . ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>7:25-cv-13026-DCC | DATE FILED<br>10/16/2025 | U.S. DISTRICT COURT<br>District of South Carolina |
|---|---|---|
| **PLAINTIFF**<br>Deborah Pilley aka Pilley Bianchi dba<br>The Chaser Initiative and Robin Pilley | | **DEFENDANT**<br>Spartanburg County Commission for Technical and Community<br>Education d/b/a Spartanburg Community College, Spartanburg<br>Community College Foundation, Inc. and Michael Mikota |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 99180082 | 5/12/2025 | Spartanburg County Commission for Technical and Community |
| 2 | 99211067 | 5/30/2025 | Spartanburg County Commission for Technical and Community |
| 3 | 99197664 | 5/22/2025 | Spartanburg County Commission for Technical and Community |
| 4 | 99174047 | 5/7/2025 | Spartanburg County Commission for Technical and Community |
| 5 | 99212958 | 6/2/2025 | Spartanburg County Commission for Technical and Community |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>s/Robin L. Blume | (BY) DEPUTY CLERK<br>s/Kay McAlister | DATE<br>October 28, 2025 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

AO 120 (Rev. 08/10)

Page 2 of 2

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the District of South Carolina Spartanburg Division on the following ☒ Trademarks or ☐ Patents . ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>7:25-cv-13026-DCC | DATE FILED<br>10/16/2025 | U.S. DISTRICT COURT<br>District of South Carolina |
|---|---|---|
| PLAINTIFF<br>Deborah Pilley aka Pilley Bianchi dba<br>The Chaser Initiative and Robin Pilley | | DEFENDANT<br>Spartanburg County Commission for Technical and Community<br>Education d/b/a Spartanburg Community College, Spartanburg<br>Community College Foundation, Inc. and Michael Mikota |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 99182515 | 5/13/2025 | Spartanburg County Commission for Technical and Community |
| 2 | 99196277 | 5/21/2025 | Spartanburg County Commission for Technical and Community |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>s/Robin L. Blume | (BY) DEPUTY CLERK<br>s/Kay McAlister | DATE<br>October 28, 2025 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**