**Exhibit 1**

**First Zoom Meeting with SCC to discuss Mascot**

September 23, 2020

Attendees:  Michael Mikota, Cheri Anderson-Hucks, Pilley Bianchi, Robin Pilley, Ingrid Norris

Dr. Mikota:

...and I had the opportunity to know Dr. Pilley when I was an undergraduate at Wofford College from 1994 to 1998, so had some wonderful ties back to Wofford.  Just returning back to the community this summer and I was former president at Central Carolina Technical College in lower part of the state and we are continuing to grow as a college and continue to develop here in Spartanburg community and really set the standard for how we continue to improve lives through dreams and opportunities at this Community College.

We're gonna do some innovative and incredible things in the next few years and I'm excited about being here on campus and been doing some new things, but also continue to enhance what we've already done before in the past. And so in doing that, coming from a college in the lower part of the state,  I was excited about addressing and developing.  One of those pieces is advocating for the student experience and self motivation for students and learning and accessing the opportunity to get people engaged and achieving their higher education aspirations.

Obviously, here in Spartanburg and Cherokee and Union counties which we represent, we have a portion of citizens that take advantage of higher education and we will be that platform in order to sustain that and grow that. But sometimes it's not just about the cost of the aspects. Sometimes it's not just about the attributing end result. It's one of the dream, of the jobs, the aspiration somebody wants to achieve.  Sometimes the motivation of appealing to that sense of desire or that linkage to some connectivity.

And in doing that,  I'm here on the college very early on we've had discussions about what do we represent? You know, how do we, how do we identify as a team at Spartanburg Community College? How do we identify with our students?

You know, when I was growing up as a kid, I could tell you every mascot that we've had, you know, from elementary school through high school through Wofford Terriers through to my time as Gardner Webb and through to, you know, my PhD program at Clemson University and tie back into the experiences that I had, but,  we don't have that here at Spartanburg Community College.

And so when I was the president at Central Carolina Technical College, we went through the iteration of conceptual development for a mascot as well as a team and understanding what we could be. And so Cheri and her marketing department and I've sat down with our economic development team and others to try to derive what a mascot would be for Spartanburg Community College and we've undertaken a survey. And most recently, we got the results back and it showed that 87% of the 600 responses, approximately 600 respondents were either somewhat favorable or extremely favorable for moving towards a mascot for the college. And that would be a generative way in which we can continue to promote and progress the College.

 What we face just in  locally, but also just from a national standpoint of how we want to continue to project ourselves. And so, in doing that we had all kinds of ideas and concepts that came to the table

and individuals put forth to pick everything from fighting geese to, Unicorn, you know, all kinds of different pieces, but for me, you know, I think the contextual basis of why is something I've always searched for.

And searching for the idea of what's behind them?

So, it's just as meaningful having an image or understanding of most of it is that story behind it. And so, I was an English major at Wofford and won a couple of creative writing awards and even though I did work with the US Government Accountability Office, I did a lot of technical writing going on. I still love the idea of telling the story of an institution.

And you know my heart has been as thousands of other few millions of other people's hearts and understand that the love of learning through play and the understanding of possibility of Chaser because this connection of a bond between, you know, humans and dogs, but also the bond of showing how to chase and achieve your dreams.

And so on those concepts and that discussion that we had, you know, it's an icon. Chaser's an icon for Spartanburg is already an icon for Spartanburg and so connecting that back to chasing dreams, motivating students, we take all the structure of going after higher education aspirations and building upon that, you know,

it was my desire to, to have an opportunity to have a conversation with you at least, of throwing out the prospect of Spartanburg Community College partnering with you on the idea of potentially having Spartanburg Community College mascot be the Spartanburg Community College Chasers and specifically identify that with a border collie and be able to have that mascot and showcase and then obviously we can continue to work with the family to invest in the memory and highlight the life of your father and Chaser and be able to devote that practicality. But you know, we had a lot of conceptual ideas of how we could continue to do that and focus that attention, but that would be a tremendous legacy. And it would be exciting for us to develop that internally, but no one knows about this other than Cheri and our Economic Development Manager and myself and I wanted to make sure that I had a personal chance to talk to you all and get feedback. And obviously we would want a partnership and an understanding that we wouldn't do anything to damage, we just want to be able to enhance that tremendous work and that love and compassion and to showcase. And I think that would go a long way of telling the story, versus just picking something out of the hat and say ok we did this.

Robin:

Wow!

Mikota:

I just wanted to showcase that with you and tell you that my heart is very much tied to that, having been a Wofford student, and knowing Dr. Pilley, and knowing and following the story and what not and being here, but having the opportunity to. That we are not tied to a mascot already, or have the history, we are making history.

Robin:

Yes.

Mikota:

I think those are some things that we can continue to strive for. But wanted to pitch that idea to you, but also get your feedback and any questions concerns. Just to see how you feel about it, just with your first response to hearing it and I'm a personal person so I'd love to do these things in person, but I do appreciate you taking the time to at least team with me. I don't know if it's call Zoom. So we'll call it team or zoom or whatever.

Pilley:

Yes, of course, wow, wow.

Robin:

My initial reaction is. Now I see a picture of my sister on the screen. But um, you have a long term vision, don't you?

Mikota:

I do, I do and I'm in it to improve society and improve higher education, you know, locally, but nationally,

Robin:

Yes.

Mikota:

We've got a command and a response to do that.

Robin:

Yes.

Mikota:

I'm dedicated to that proposition.

Robin:

I have a very, I, I am warmly receiving you, I. It is probably, I don't know how to describe it, but I'm getting this feeling you have a very long term vision, not just for what you're doing there, but in a global way almost, and I like it.

Mikota:

Thank you. Thank you. That makes me feel better. I appreciate that complement. I'm a dedicated individual and you could ask anybody to follow up on that, I know Dean Bigger recognized me the

3

night before graduation at Wofford not just because of academics, but she recognized me because in my four years at Wofford, I didn't miss a class. Cause paying for it I'd made sure I got my money's worth.

Robin:

You got your money's worth.

Pilley:

I was that way at Eastman. I was like, I cannot afford to miss a class.

Mikota:

And then why not? We had so many good discussions and the hemisphere of the learning took place a lot outside of the classroom, beyond, the whole environment with something that was a big opportunity to grow as a person. And you know, we want to be able to continue to grow at a strong pace, but encourage individuals to take on that opportunity and chase their dreams, you know. Chase their aspirations, be chasers. You know be that, smartest dog in the world, but also be prideful, be understanding that you're setting the tone. And you know that happens in Spartanburg this as much as it happens you know anywhere else

Pilley:

Exactly.

Mikota;

And so why can't you chase that dream and make that happen. I think that's appealing and I think it's also something that people can relate to and they can touch and they can feel and you know, if that, if that captures the attention of a, uh, you know, an impoverished 6th grader who doesn't think that he can do anything and they get on the right track to kind of do that, then that's that would, you know, really instill that sense of pride. And that opportunity to continue to excel and grow.

Robin:

That is beautiful.

Pilley:

That's, that's amazing. We're I mean, with Ingrid, we're on the same path ourselves. And so, where I'm currently writing the young readers version of Chaser, my dad's book, and also working on a more universal illustrated book. To act more like dogs, you know, with wonder and joy, excitement, unconditional love. You know we all look the same and what you're. But for you to highlight an underprivileged 6th grader. I mean giving kids opportunities and the support, and that if learning doesn't happen, we have to change the methods. You know, everyone can learn and there's different ways of learning and, and one size doesn't fit all right and to hear what you're saying is just really exactly. It's the legacy. It is the legacy.

Cheri,

4

And I tell you it's Spartanburg Community College is exactly what you said Pilley, one size does not fit all. We are here for everyone regardless of background, you know, socioeconomic status, what they look like, what, it does not matter. And our team, to give you a little background about us, I work with three other amazing marketeers as we say, and we always have a casting call every year this time. And we invite our students to self submit, to be the face of the college, you know, because we all love being here. We love it dearly. We believe in what we do. But we get a paycheck also, you know, these students live it. They can share their testimony. So we're in the middle of all that, actually, my partners in crime are doing zoom meetings with students now and stories that we hear it. It is just a reminder to me why I'm here I'm a faithful person and why God has put me here and thankfully I've been here a little while you know and I'm still. I still love what we do. And it's those students, you know, and Doctor Mikota and I, you know, we've all talked. They are ready. They already embrace and love this institution. And it is life changing, you know, and what we hear over and over and over every year we say, ohh, my gosh. They just cannot get any better. The student, the stories. And they do every year. It's unbelievable. So they are ready for something like this to embrace, to love, because they already love this institution. And it's not even that. It's our faculty, our staff. You know, so, you know, we are just overjoyed. And I have to tell you too Ingrid. I don't know if you remember Jane Bird.

Ingrid:

Yeah, she works there.

Cheri:

Jane is at the college. She is our creative manager. And, you know, as I've been nosing around looking online and looking at Chaser, the Chaser website and everything, I saw your name and it was very familiar to me. And so I mentioned it to Jane and she was like, wow Ingrid, she's great. You know so. And you don't remember this, that I brought my youngest daughters Girl Scout troop to the Humane Society, a few years back and you taught the girls.  So it's just been all these little, you know, folks who were just devoted to education, to things that, you know, like Dr. Mikota said that will live beyond us that can truly make an impact in this community, you know and. It's something as simple, it sounds simple, but something as simple as a mascot, you know, so.

Dr. Mikota:

It has the emotions, it has a love of learning.  It has the ability to chase after the dream, focus our attention. Spartanburg is continuing to grow. We have a new campus downtown with the old former high school, Evans building that the rail trail is going to go right through.  you have an opportunity to continue to progress, showcase, involve, develop. But at the end of the day, you know what connects us all as human beings is we continue to learn, to develop, so get back into human development psychology, we continue to develop, we have to do that in in our conversation of love and play and consideration and that that new medium even now like we're talking about earlier on, Pilley,  where we're talking about, you know, the new platforms, you know, still have to manage that human experience with one another.  And they have to have a relationship. I think that is imbedded in this story, like I said, versus just saying, OK, well. A group of students said ok we like this, you know,  or we like this particular thing, whatever. It's not as fluid or as passionate. And I think having that capability, you know, to showcase something that's at the heart of this community

but also at the heart of an inspirational story, to kind of showcase that. Great things in the world have already been, you know, done because of inspirational stories, and that's how you build patterns for why people do this.

Pilley:

That's right.

Mikota:

To hear about a particular story, we would, like I said, capture that attention. Then, you know, there's tremendous success and tremendous potential out there. We just got untap that opportunity for those people.

Pilley:

Yeah, you're hitting the nail on the head. Yeah. I mean, you're taking the words right out of our mouths.

Mikota:

You know, from my standpoint that I would want to, you know, enhance the legacy, enhance the promotion. You know, I think there was a bronze statue cast down in front of the children's museums in Spartanburg. But, you know, we would all have that piece, you know, on all our campuses, you know, showcase. The highlight of what we could do. Help identify maybe a scholarship you know, through our foundation or multiple bonds that we would be able to invest. And of course, this is all conceptual, you know, this idea of my brain works faster. I try not to make people feel scared because I think about things and engage.

Pilley:

We're not scared, we're excited.

Cheri:

Listen, our team doesn't either. We are beyond joyful and just excited about the opportunity.

Pilley:

Yeah, Yeah. It's very exciting. Very exciting. Yeah. I mean, yeah. And I think that we're. I mean, you know. I think we're on board.

Mikota:

Fantastic. Well, I would love to, you know, we will, we will continue to do some work, you know, inside we've got to look at ways in which we would, you know, want to make sure that we adopt there's processes to do that. You have to go through different routes and through the Commission

and you want to have some, you know, further student engagement. And then other staff engagement, build up, build a collective piece, but we wanna make sure we, we work with you, you all in partnership so that we can showcase some of those things and, and have first rights to make sure everything's clarified. And it's something that's honoring and exciting, but also something that is fun and playful and enjoyable so that you know, everybody will look back and say, man, that's pretty awesome. And yeah, I could imagine you know prints and identification, right now we have I'll show it to you. But this is our moniker, this is kind of our brand here.

Pilley:

Ohh, yeah.

Mikota:

But it's very basic.

Pilley:

Well it's classic.

Mikota:

It's classic and we can still have a classic design. So I'm, I'm not throwing that away, but the other idea would be, you know, if you're, you know, it's, as a president, it's, it's really interesting to send an e-mail out and I can say, "Dear Chasers", you know, or instead of, you know, "Dear students and employees and staff of Spartanburg Community College, you know,

Pilley:

I love that.

Mikota:

An identifiable piece where people could say, yeah, we're, you know, we're Chasers.

Robin:

So I have one, well I have, I have one concern and that is how do you think the Wofford community is going to... I, I think there are some steps that should be taken so they're not blindsided by something like this. There was talk at one time of changing their mascot from the terrier to the border collie. That was when Bernie Dunlap was there. Are those the years you were there when Bernie Dunlap was president?

Mikota:

No, Joab Lesesne was.

Robin:

Joab Lesesne was OK, um. Uh, so I think there needs to be some thought put into that and some conversations, with Wofford or somebody there. Um, so that.

Pilley:

Yeah, I, I have a relationship with the president. I, you know, if. Yeah, that is something to be addressed. I don't think that Wofford was going to change their mascot.

Robni:

No, they weren't. No.

Pilley:

But yeah, we should, we should just run this. They, they've been such a supporter of dads and Chaser and one of us should probably just reach out. I think that your whole, I don't want to say rebranding, but the whole campaign is so inclusive and the demographic seems really well suited with your institution. My initial thoughts were with Wofford. Uh, well, I have, we have Steve. I'm just saying with as far as like the whole, um, the accessibility for education with SCC is really getting into the communities in ways that Wofford is in the communities, but it is a private institution. I'm just running things off the top of my head. So Robin is correct. We do need to reach out, whether it's us or you, just to give them the um...

Robin:

I would like to, I think that I have some skills that um, how should I say? I think that this can be, it can become a really beautiful, wonderful thing. Uh, somehow. But we want to deal with it proactively.

Mikota:

And I would agree and I and I really appreciate that I had mentioned it to Cheri as well. So, I appreciate you bringing it up because from my perspective, obviously you know, I have close relationships with Wofford alumnus as well. I would have no problem sitting there with you or with you all or whatever.

Robin:

It could even be like, look at what Wofford produced. And here's this man now president of his own college and wanting to, that Wofford, was, so you see where I'm going with that?

Mikota:

My life. And it's a good story in and of itself.

Robin:

Yeah, Yeah.

Pilley:

Exactly.

Mikota;

But my first thought just to all deference and clarification, ==I wanted to make sure you guys had the first and foremost value because it's your story and it's your piece, it's your legacy. That's where I wanted to make sure my first intention was. But...==

Robin:

I think there's a way..

Mikota:

I'd be happy for the next step to go with you all and then make that, transitionary piece.

Robin:

Yeah, I think it's a way to enhance it even more. Yeah. Um. At any rate.

Pilley:

Well it's a success story for Wofford.

Robin:

Yes.

Cheri:

You know, y'all, another thing to consider, because we talked about that, you know, we, we were like whatever the mascot is, it has to have a good, true, legitimate story. That story and the connectivity is so important. And you know, Spartanburg is a college town. We are one of seven colleges in Spartanburg, Yeah, so. As an institution, we have a very good relationship with all the colleges, and it's really amazing if you think about all of us working together because in some sense we are competitors. But even above, you know, we each have our own niche, so to speak. Yeah, and even above that, each institution recognizes the value that we each bring. You know, we have students that start here that transfer to Wofford. We have had students that have graduated from Wofford come here to be a nurse. So, you know, we, we have a very good relationship there. Peer groups on college town. The marketeers, the student services folks, the presidents, you know, meet I think quarterly to collaborate. So the door is there and the, you know, the relationships are there. To be in extension kind of, of college town as well.

Robin:

Yeah yeah.

Pilley:

Right.

Robin:

Good.

Pilley:

Ohh, I'd love that, yeah.

Robin:

I think this is a wow.

Cheri:

And you know…

Robin:

I think this can work is what I want to say. And there's a way we can if we're proactive and thoughtful and, um. The vision he has. Um. I think it can be a really, really wonderful thing. I'm not real good at articulating details, but. I Get these big images in my head and it's hard to translate them, you know?

Cheri:

Yeah, yeah.

Robin:

OK.

Mikota:

It's also an opportunity. So, matching creativity with opportunity.

Robin:

Yeah.

Pilley:

That's right.

Mikota:

That's a lot of times you're blocked in. So, we're not trying to remove a mascot. But at this point in time, the history of where we're at as a college and where we're at as a community and where we're as a society, I think you bring a lot of recognition and a lot of exposure to the needs of higher education and what we could continue to track. And like you said, I do. I didn't really think about that from my own standpoint, but yeah, I mean, you know, I am a product of Wofford College. So that, that's poetic in and of itself that, you know. And there's unity. Gaffney, which is one of our Spartanburg, Union, Cherokee counties. You know, that's our service area.

Robin:

Yeah, yeah, yeah.

Pilley:

It's all cyclical.

10

Cheri:

The more we thought about it and all these connections and the opportunity, you know, it was just like, wow it you know, it could be powerful and remember and honor your father and all he meant to this community and to Wofford as an educator and you know, Spartanburg is a big animal community too, you know, and so I mean it's just it, it really just makes you almost get choked up. I'm just gonna hold that like that.

Pilley:

You got me!

Cheri:

Sometimes you gotta look at that. But I mean, if you think about it, you know, and Doctor Mikota, who's even said, I think his family, at some point is gonna be itching for a dog, you know, So we're like, we would need a real live Border collie, maybe a relative of Chaser's, I don't know. But you know.

Mikota:

That's what we'll do.  I was mentioning we, we moved. We sold our house in 24 hours so we had to move in a pandemic in two weeks.

Robin:

Oh my God.

Pilley:

That's' amazing.

Mikota:

 I have an 8 year old and a 5 year old and a one year old at home. And so we, we just bought a lot, um, caddy corner from where Joeb Lesesne has a property in Converse Heights. So we're hoping to build here at some point in time. So I can see the Mikota's having a Chaser # 2 lineages, you know, further down the line.

Robin:

Yeah.

Mikota:

To our events, you know, and then have those pieces where everybody can be engaged and to have an experience, not just a, you know, ohh, check the box, but you have that  experience that's what life's all about, right? I mean, it's about the experiences. And because we have technology nowadays, you have the capacity to, you know, get information. It's not like we're sitting in the library and getting microfishe. Trying to do all of this with the whole, you know, the, the leaders of all the work that we had to do at some point in time. We have information at our fingertips, but the human experience that engagement. And I think that's powerful. <mark>Here you have an opportunity to</mark>

==showcase how someone was able to engage in the love and the connectivity between, you know, Chaser and Dr. Pilley was something that was special. And you have that from the standpoint of having that linkage with other people that allow them to see that it can be done. You can achieve that, you can chase that dream and ultimately, you know, grasp it. Because I mean, that's, that's what empowered me, what I've done and. I've always chased and I'm still chasing. I'd be proud to be a Chaser.==

Pilley:

Oh my God I love that.

Robin:

Alright.

Pilley:

Love it. So alright. What will?

Robin:

What's the next step now?

Pilley:

What's the next step? Yeah.

Mikota:

What will be the next step. Well, you pointed out pretty strongly that we need to have a meeting with Nayef. That that's the president's level and sit down, pitch, pitch the idea and then showcase that the college wants to move forward with this, the family wants to move forward with this, we want to be respectful of the legacy of Wofford, wanna make sure we do this in connectivity with one another and. Extend the hand that this is going to be beneficial to you by the way, you know if this is a showcase for your college as well and it just puts Spartanburg further and foremost on the map. It's kind of like all the all the works, I saw Bill Barnett at lunch today we had a meeting and talking about the north side and now that that's going to be continually an improvement on the projection around Wofford, I don't see why they would have too much of a remorse of not trying to support it. I just think it'd be very effective, it's an honorable and considerate to have that kind of conversation. But I would appreciate your support in that meeting. And it would be great if we could…

Robin:

I would love to be there. I'm here in Spartanburg.

Pilley:

Yeah, Robin. I'm in New York. So yeah, Robin's a good representative and Ingrid, because she's heading up our education, you know, from K through 12 and bringing Chaser and the methodology,

12

dad's work to schools in the public school system and private schools, but she's and we're trying to what it incorporate that on a national level so Ingrid's

Robin:

An educator, and she writes curriculums and she's a fantastic presenter.

Mikota:

Ohh also too, you know, I'm serving, I just got appointed to the Spartanburg Academic Movement. The pieces of how we go into our schools trying to build that K12 let you know pipeline so that we don't have the same potential in Spartanburg County is what we could. There's a huge opportunity there to expand upon and so that's going to take that K12 piece and so I think this also helps to you know further. You know, solidify that relationship and that that build up and that that linkage. So I think this is another piece. I mean, I'm thinking big. I'm taking a small concept and just getting a mascot and taking it to a whole other level.

Robin:

No, I've felt it when we first got on in the 1st 5 minutes of you speaking I felt it, um.

Pilley:

Yeah, I did. I did as well.

Robin:

I yeah, I'm, I'm very excited.

Mikota:

I'm excited now, much more excited than I was when I woke up this morning. So.

Robin:

There's something happening in this area in Spartanburg. Where we are located geographically, yeah. I mean, I, I you've got New Yorks, the East Coast, LA's the West Coast. Nashville is the third coast. Spartanburg's gonna be the 4th coast.

Pilley:

I agree. Yeah, a lot of a lot of New Yorkers are looking in the Greenville, Spartanburg area. You know, second homes or places to relocate, um. And, you know, you've got more culture. There's, you know, a lot of culture coming on in your neck of the woods, you know. And you've done that. You've been featured in The New York Times several, you know. Times, uh. Yeah, yeah, it's time. There's that little vortex there that definitely you guys got to have some stuff going on. So, I think this is incredible. The vision, you know, the concept, the legacy, the stories, it's all so interwoven, you know, so beautifully, organically and Inspirational. I'm excited.

Cheri:

Ditto to everything.

Mikota:

What we'll do is we will host the meeting and I can either do that here on our campus and invite Nayef or I can go over. What we can do is coordinate that and we have all your emails. But what we'll do too is bring in technology. If you're there in New York if you need to Zoom in or team in or whatever we do, then we'll make sure that we have everybody in the same room to discuss. But I do think, I think that would be a privilege for me just to work you guys on this concept and please the partnership standpoint, I want it to be a partnership and I want to have feedback. I want to have that kind of engagement because we want, we want you to be Unmistakenly proud.

Pilley:

Well, we, we thank you, for thank you for that sentiment. And we also whatever, we do want it to be a partnership as well. So what we can do as well for you all you know, we don't wanna be, we would hopefully like to be the direct source of inspiration with our time and energy as well.

Mikota:

Umm, you know, definitely very much appreciated and I can't wait to one day I have my kids love and pet the next chaser, right?

Pilley:

Yes, yeah. And we have all of the training methods too. It's easy. It's easy to do.

Mikota:

Ohh. Wow.

Cheri:

So that might need to learn that. My husband would tell me I need to learn that for my little toy poodle and my miniature schnauzer. They're sweet you know, butyou know.

Pilley:

I thought you were gonna say you needed it for your husband.

All:

Giggles.

To being polite, you know? But yeah, that too. That would help.

Pilley:

And that's, that's sort of what the new book is. It's like, wait, I can use this with my relationships too. So yeah, yeah.

Ingrid:

14

And something to say like for, I believe they've done some things in the past there at Spartanburg Community College with outside of classroom, it's like community education and they've done training classes. We could do something as far as Chaser's training and pet first aid classes and or maybe even have some kind of a class with the students dealing with psychology and learning about play and then maybe having some hands on experiences with the rescues or the shelters in Spartanburg. Just something to advance, you know, animal welfare through Chaser's vision in Spartanburg.

Cheri:

Right, right.

Mikota:

Well, you know, not to get too far off from the brainstorming, but when I read in the paper there were going to be extending that Rail trail. My family and I, we live right in front of the YMCA right now. We're in a townhouse that we moved to, and so we, we walk on the rail trail all the time and we go up and down with tons of dogs and there's tons of activity.

So if you think about tying that into the Meeting Street Academy, the Evans building, you know, having a place down here through our continuing education we could even have those pieces where people could purchase the book, find out how to train, but we could have, you know, dog trainers to kind of link that and have a place where the kids across the street in the downtown playground kind of have that same symbiotic relationship with our downtown area and then what we experienced just moving to Spartanburg  recently, like you said, Cheri the area is very dog friendly.

So downtown, you know, at night and when you go around. So of course it's not been as probably as busy as what it would be in a non-pandemic setting, but you still see a lot of activity and movement and motion and playing and  conceptual ideas so you you'd have to children's museum there's already a dedicated statue that could get a statue out by the water fountain at Evans you know have linkages and kind of a storyline if you will for all those pieces you know things I mean there's.

I love to build those pieces and not just the curriculums that we're doing internally, but how do you how do you take an idea and execute it and so I think it would be very very wonderful yeah.

And Ingrid that point about the rescues you know our with Jane we've talked about. That because you know there have been many of times coming to work. I called Jane and I'm like Jane there are two dogs running around. I'm gonna come get you and you need to get a trap and call Angel and you know it just kills us these down so you know to stress the importance of you know all animals, whether they're pure breed or you know, a rescue dog, because there is such a need for that too, you know, so and I know that the Humane Society, you know, with their executive director, she's wonderful and community minded. So you know. Again, Doctor Mikota, I know thinking, you know, that's, that's part of my job is to think far out, you know, but somehow trying to work that into, you know, that would be wonderful.

Ingrid:

Cheri did you rescue that cat?

Cheri:

Did I what?

Ingrid:

Did you rescue that cat that they were trying to give away? I saw you said you could use one.

Pilley:

Well, you know, actually my husband was like, no. And my mother in a text and all caps, NO. But my daughter and I are actually going to see a little Kitty tomorrow. Somebody set me up. So I'm awful. I just it just it kills me so but I.

Pilley:

I brought home a rescue from South Carolina to my house in Brooklyn, and I didn't tell my husband because he said no, no, no, none of that. Anyway, he picked me up and he's and I'm like, I'm at LaGuardia, you know, and I've got the cat in a carrier and Jay gets out of the car and he's like, so introduce me to our new family member.

Cheri:

I've done that, too.

Pilley:

He said I knew you were gonna have an animal with you.

Cheri:

And y'all know the story of my connection to Pilley is that my brothers Kitty cat, beloved George with the five toes wandered to my parents home and then my brother at the time was living next door to mom and dad and then they got George and then George got lost and they put up, you know, help us find George posters and it turns out he was with Pilley.

Robin:

There is a polydactyl cat living in this house that dad built with a chainsaw. This log house we have a polydactyl cat.

Cheri:

Robin you know, I live in Woodland Heights, actually right around the corner from y'all on Penard Road, which is the cul-de-sac. And I in my emails, you know, honest to gosh, I have memories, you know, of your dad years back...

Robin:

Ohh yeah. On the bicycle.

Cheri:

16

Yes, riding his bicycle. And I was always amazed because, you know, cars would come by and he would just stop. And I don't even know that he said anything to Chaser, I just remember her just stopping. And I think sometimes she might drop, but she just stops.

Robin:

Yeah, one day she went missing. She went missing one day and we got a phone call from somebody and said would you come get this dog? She's been sitting on the corner for two hours. Dad had just moved the bicycle from the garage up to the porch and Chaser went. And that's where she waited. And that she was there for like 2 hours waiting for him.

Pilley:

Yeah. And she was, she was taught never to cross the street unless he said crossover. And then she learned that if she heard a car or we said car, she would lay down by the side of the road. And she wouldn't get up unless someone said, come on. So, a lot of times that's what Robin was saying. We had, we were way down the road and we're like, where's Chaser? I mean, she's still sitting there.

Cheri:

 Small world, isn't it?

Pilley:

Um, we're glad we're all connected right now.

Mikota:

Yeah, absolutely. Not, not physically, but emotionally and mentally. So that's, that's the kind of thing. So yeah, yeah. What we'll do is, is be in touch, my office will reach out to Nayef and sometime in the near term. Probably sooner better than later. Then we will move in that direction and then look forward to continuing the engagement. And then like I said on the partnerships, we will provide regular updates and engagement as we get through the process. And it's going to be exciting. So yeah, looking forward to it.

Cheri:

Thank y'all so much.

Pilley:

Thank you.

Mikota:

Pleasure meeting everyone of you.

Robin:

Thank you so much. It's wonderful to meet you guys, alright.

Everyone:

Bye.