**Exhibit 2**

<mark>Second SCC Mascot Meeting (Virtual)</mark>

<mark>November 9, 2020</mark>

**Concept begins on Page 4**

<mark>Attendees:  Dr. Mikota, Cheri Anderson-Hucks, Jane Byrd, Robin Pilley, Pilley Bianchi, Ingrid Norris</mark>

**Introductions and software glitches**

0:00-4:45

Woman speaking in background.

Getting everyone online:

Dr. Mikota:

Yea, we were just trying to get the technology in place.  I actually couldn't hear anybody.  I guess you could hear me, with a thumbs up, but no one else could hear me.  So, good morning, everyone.  Do we have everybody here now?

Cheri Anderson-Hucks:

I don't know where Jane is. I'm going to…

Ingrid Norris:

And Pill.  Pill just went…

Cheri Anderson-Hucks:

She went out.  She could not get the video to work.  So, I told her to go out and come back in like you did Dr. Mikota.

Dr. Mikota:  O.K.

Cheri Anderson-Hucks:  That might help.

Jane Byrd:

Am I here?

Cheri Anderson-Hucks:

You're here!

Jane Byrd:

Good.  I couldn't get a sound on the other one.

Cheri Anderson-Hucks:

Yea.

1

Dr. Mikota:

Good Morning.

Jane Byrd:

Morning.

Dr. Mikota:

Monday morning with the new uses of technology.

Robin:

Where's Pill?

Ingrid:

She signed off and is gonna try to sign back in, so that maybe she can get her video going.  Now Jane..

Jane:

I'm here.  Laughing.

Cheri:

I know it weird how we all kinda flow in and out sometimes on these things.  Oh, here comes Donna.  Come in.  She's gonna help me get control of the screen ya'll, sit tight.

Dr. Mikota:

This is Microsoft Teams, but I go back and forth between Zoom and all other entities as well.  Laughing.

Pause

Dr. Mikota:

That's a nice picture.

Ingrid:

Look at those blue eyes.

Robin:

Think I'm gonna go grab a glass of water.

Cheri:

Sorry ya'll.  I just realized…no that worked.  I was talking to ya'll and just realized I was on mute. Background laughing.

O.K. Donna walked down and showed me, Dr. Mikota, just to make sure how to do the share screen.

Dr. Mikota:

O.K. great.

Cheri:  When it comes time to show, um, I've got the files Jane will talk about, so I'll, I'll click over and you've got control right now, but when it comes time to show that, I'll click over.

Dr. Mikota:

Great!

Ingrid:

I don't know what happened to Pill?  Shouldn't take that long to sign back in, just click the link.  But I don't know.  Internet access is just….

Cheri:

There she is.

Ingrid:

You're muted Jane.

Cheri:

Yea.

Jane:

Can you hear me?

Cheri:

Yea.

Jane:

I'm gonna hang up (echoing).  Alright, here I am. Or not.

Ingrid:

Save that little unmute post it note Cheri (laughing).

Cheri:

I know, really.  I put that up just in case I forget and I'm sitting here having a snack or something, I don't want to gross anybody out with my pickles or whatever it is I'm eating.

Dr. Mikota:

Pill, you're on mute.

Pilley:

Thank you.

Dr. Mikota:

Good Morning.

Pilley:

Good Morning.

4:45

Dr. Mikota:

Good Morning Everyone.

So, if everybody, do we have all our technologies in place now.  Four-person screen I'm seeing here, so that's a good thing.

Well good morning, I wanted to have an opportunity to touch back and get back, get back on track with our discussion.  Last time we discussed, the conceptual idea and very appreciative of the time we spent together and the concept of moving forward with a mascot for Spartanburg Community College.

And focusing on that, at the last juncture we had talked about meeting with President Samhat. Subsequently, we've had a couple of missed opportunities between his schedule and my schedule.  Wanted to bring you up to speed.

We've been in a couple of meetings; I have not divulged anything.  In fact, no one knows anything about the suggestion other than the ladies that are on the screen here, our EC, our director of economic development, Mike Forrester, and the marketing team internally.  But we have had some good conversations internally, so I kind of wanted to take you through where we were right now and then the upcoming discussion.

I do have another appointment scheduled, next week, where I will be able to kind of mention to you, Nayef, the idea, but I also wanted to make sure we brought you guys in so we could have a further discussion.  But it is very difficult trying to get all the different applications, you saw this morning when we were trying to put all the videos on.

And so, I wanted to make sure that I could at least throw out the concept and the discussion that I might have with him next Monday.  Because we have been in two meetings together already, but we haven't had any privacy.  So, obviously I don't want to talk about these things just over to the side.  I would like to have a discussion, a nuance piece there.  We can set up another Zoom or IET meeting, if at all possible, once we have that conceptual talk.  But in the meantime, I also wanted to relay to you what we talked about internally. Because the marketing team is very excited.

They've done some work behind the scenes.  I wanted to share that with you, but I also wanted to talk about the planning steps of getting everything straightened out with President Samhat, making sure we move forward. The next iteration would be, I would like to pull together the executive committee team for the college, with some students, two or three students, as well as a faculty member we've identified and a couple of other entities that marketing team has pulled together.  At that point in time, it would be good also to include you guys in the discussion, at that piece and suggest or once again bring forth the idea.

Because this concept is something we've talked about internally but no one else knows.  So, I'd like to get some feedback from the executive committee as well as those leading, kind of thought purveyors on our campus prior to even moving it forward with regards to any kind of constructive discussion at commission level.

So, the next step would be Nayef Samhat, then the next step after that would be to bring that committee together so there's no sideline discussion about what's going on taking place.  We could have some internal pieces.  And I want to make sure I have some feedback as far as participation that you guys would like to

4

have, because I can include you in as many of these meetings on the front end as possible and would love for you to be participatory so that you could give your feedback to the group. Because I think that is going to be important to solidify how we move forward and how that kind of internal understanding of what the big message or broader message is with Chaser. So wanted to have that opportunity to discuss with you today.

But I also wanted to share what our conceptual ideas were internally and that is why Jane is joining us because she has done some work, conceptual drawings internally and wanted to share that with you as far as kinda the idea of moving forward. And so, I want it done right, I don't want it done fast but it would be pretty awesome if we could put something together to share with the commission sometime in January or February just because I don't like to do a whole lot of work behind the scenes if nothing comes from it (laugh).

And so, I wanted to kinda share that with you, and then also have that touchpoint for us to discuss moving forward, but together and see with those conceptual ideas. I mean, obviously, you know once we go through that piece, we can either touch base but as far as bringing you into the groups, whether it be the EC and/or Nayef I think that will be something we will continue to work on. So next week, is Monday, is when I have another opportunity to talk, and I thought I would mention it to him because I could get him over to the side privately. And then we could set up that formal meeting post that and I wanted to have your feedback on what we've done so far. So first of all, I just want to open that up for discussion but also, I know that Jane has worked behind the scenes. She shared some concept ideas with me and with Cheri and so I wanted to share that with you to on the front end and get your feedback.

10:17

Jane Byrd:

So, you want me to just dive in?

Dr. Mikota:

I'll be happy to answer questions cause I know this is something you think about in terms of a fast mover, but we've been doing a lot of work otherwise. It's not the only agenda item on my long list of _____ items and everything we've got going on, but we are definitely excited and I can't hold back the enthusiasm _____. You've done a tremendous job. You know I used to work for the U. S. Government Accountability Office, so we would have to do an audit sometimes, and so they have to keep their mouths closed and everything sealed. In fact, even if we move forward with the EC, the Executive Committee, they've gotten some non-disclosure documents that people will be able to _____ so that we don't let any of this out. This is all professional at this time, but I just wanted to kind of set point. So, communication is always good and I want to have that communication back and forth with ya'll.

11:18

Cheri Anderson-Hucks:

And ya'll, one quick update we did, you know time just goes by so fast, I can't believe it's already almost the middle of November, but in September, just right after, we talked, last talked September 23rd. Right after that we did a survey among our faculty/staff and students, and I think we got back four or five hundred. Jane is that, am I remembering correctly? And it was very, very positive. Overwhelmingly positive that folks were very interested in a mascot.

And Jane and I, and I know our other two teammates Melissa and Pam, you know we'll have people on campus prod us a little bit, multiple times you know. And say well Cheri, what's it gonna be, what's it gonna be. You know, come on you can tell me. And I, of course you know didn't say anything. But there was this

5

one person that I said, I'll tell you what, you go talk to Dr. Mikota, you ask Dr. Mikota if he's ok with us sharing it and then I will. Which of course they didn't do. You know, so, but that survey was very, that was good news for us. That it confirmed what we suspected. That folks are ready for that, there's an appetite for it. And so, then the next step we did is, Jane started drawing. She is our graphic designer.

_____but our creative manager and all the things that you see visually about the college, on the website, she's our webmaster, she is very busy. I tease her and tell her she needs to clone herself sometime. When she gets around to it, you know. But she can tell you about the process. And the other neat thing is she is such an animal lover and has, I'll brag on her a little bit, but she can tell you this too, but she has rescued dachshunds and really all kinds of animals, and dogs for years.

Several mornings, when the way I cut through for work, from the westside through Arcadia, and there I can't tell you the number of animals I've picked up. And frantically one morning, a couple of years ago, I called Jane there are these dogs that ended up living, being feral on our campus. I'm like Jane, we got to get these dogs, cause they're in the middle of road and she has a heart for that. I think that is something special to go along with this initiative. Jane, you take it away, and when you are ready and want me to show the files, let me know and I'll do that.

14:00

Jane Byrd:

O.K. I really don't know where to start. Like Cheri was saying, the heart for animals, which she has as well, we are above and beyond honored that this could even become a thing.

As Dr. Mikota said, we are working on a lot of different things right now, but to me this is the most exciting. So, to be an artist who has an opportunity to work on something like this, a. a mascot, that's a fun project, but being something that has so much meaning behind it.

I just wanted to say I have met Chaser before. I met her at one of the Hub City Animal Project events a few years ago. Here's a picture, laughing, if I can get it. There she is. Background chatter…Pilley says, "I remember that event." Jane says, "You remember?" Yea, that was really cool. And the thing is, I've known Ingrid for many years, many years. So, through the years, speaking of a heart for animals, Ingrid and I have crossed paths a lot working with the Humane Society and educational pursuits in the elementary schools and things like that. I've come in and spoken before to classes and she's been there. We've always crossed paths and we even did a workshop together recently.

So, it's always good to see you, the friendly face and be on the same page with all these initiatives. We're about to come full circle back to this educational initiative, and to, it's just serendipitous in my opinion. **And we are so glad you guys are open to this because the Chaser Initiative that you shared a little bit and our initiative are just gonna, I think, go hand in hand beautifully.** So, I just wanted to say that before we introduce the pieces. Cheri did you want to explain how we are going to present this (16:09)

I can show y'all images of it. We have had it but we have really had it since it was Spartanburg Technical College then we changed our name to Community College in 2006. We just tweaked our logo so it is more than overdue for a refresh when doctor mention that to him really pretty quickly the first week you know that he was with us we have to have people over time we did so we took advantage of that so he is very open to that so as part of this mascot initiative to introduce Chaser and the Chasers we have refreshed our logo and I thought maybe I got it right here let me go sit tight I will share my screen and this is our current logo and y'all

see that OK let me get out so that's nice but you know it's, it's a little outdated the font the design is a little bit difficult to work with on social media and so Jane has created these are the concepts and we'll shop click on the Chaser contacts and just a few minutes and you'll see how nice clean they tied together.

Now, Jane, are you ready to dive in?

I'm excited for you all to see how we've incorporated Chaser into our new design. It's now part of the circle—or button, as we're calling it—and the shape has been updated. It starts at the bottom left and extends to the top right, giving it a more modern feel. We flipped the design, believing this orientation better symbolizes progression and the pursuit of your dreams, whatever they may be during your time at college.

As for our logo and the Chaser concept, we want it to be versatile, allowing us to use these icons and symbols in various contexts—on billboards, for instance. There's even a water tower right outside on Visiting 5 at Giles Campus, where our offices are located. Who knows? We might want to feature "Chaser" up there one day!

Part of the concept revolves around her favorite toy being a blue ball, so I sketched a rough outline of her with a blue ball, incorporating that into a dynamic action scene, as Cheri mentioned. We aimed for a design that reflects a slim, athletic figure, capturing her essence. There will be various styles that represent her, giving you a glimpse of the concepts we've envisioned for this beautiful mascot.

Visually, she embodies a designer's dream—she stands out from typical border collies. Our idea originated from the fact that our campus is overrun with geese. These feral dogs, as mentioned by Chaser, help control their population, which has become a part of our campus identity. We often joke about how the geese will block roads or claim parking spaces as students arrive.

With this in mind, we mused about having a goose as our mascot. While it seemed like a fun idea, one of our operations managers suggested that instead, we should consider a border collie, which he used to care for as part of the campus. We all exchanged glances, realizing it was a brilliant idea. This led to further discussions and creative developments for our mascot.

And, perhaps, well, Chaser, you know, is the chaser of dreams, the chaser of goals. I mean, it's limitless, really. So, I just did this beautifully, and to have Chaser's image and story tied into the SCC initiative is just amazing.

We are absolutely thrilled and cannot express how much this means to us, both personally and professionally. Being part of something that will endure beyond all of us is truly special. It's a privilege to pay tribute to your mom and dad and the legacy they built together. I realize this might sound a bit sentimental, so I apologize for that!

7



