# SCC STUDENTS CHASE THEIR DREAMS

Since 1963, our students have displayed unparalleled levels of focus and determination in pursuit of their education. Even in the face of obstacles, they continue to rise to the challenge and do what it takes to get the job done. Along the way, they have redefined the boundaries of what is possible with hard work and determination.



SCC SPARTANBURG Community College

## WHY THE CHASERS?

When we set out to choose a mascot to represent our diverse, vibrant community of learners, we knew it would have to be something really special to embody that spirit of tenacity. It didn't take long for someone to suggest a dog known for its intelligence: the border collie.

As fate would have it, one of the most famous border collies in history hails from our very own backyard here in Spartanburg. Known by many as "the smartest dog in the world," Chaser the Border Collie forged a legacy that defied expectation and inspired millions. Throughout the course of her lifetime, she learned 1,000 unique words and changed the way we understand canine intelligence and learning. Intrigued by the learning capabilities of dogs, Chaser came to live with the late Wofford College Professor Emeritus of Psychology Dr. John Pilley in 2004 as a Christmas gift from his wife. His goal with Chaser was to teach her human language in an exploration of all the canine brain is capable of. What started with "find the blue ball" evolved into canine cognition research and Chaser recognizing of over 1,000 proper nouns, groups and categories over the course of her lifetime. Perhaps even more remarkable, through their work together, Dr. Pilley realized Chaser was able to learn through the power of inference, much like how children learn.

Though Chaser passed away in 2019, her legacy lives on not only in Spartanburg, but throughout the world. The work she and Dr. Pilley did together unlocked new understanding of the power of language and communication in lifelong learning.



Known by many as "the smartest dog in the world," Chaser the Border Collie forged a legacy that defied expectation and inspired millions.

## SCC: WE ARE THE CHASERS

Every day SCC students chase their dreams and a brighter future. In the years ahead, we know, much like Chaser's story, the lasting legacy of our students' education won't be limited to what they know, but rather the spirit in which they learned — defying expectation, inspiring others and making an impact that radiates throughout our community and beyond.

**SCC Mascot:** Ultimately, we want the story of Chaser's connection as the SCC mascot to be known by everyone in the Upstate. Just as our students are entrenched in our communities, so too will Chaser, the SCC mascot. She will be in local schools teaching children the value of education, at ball games, graduations, the farmers market - everywhere, bringing joy and happiness to everyone she meets. The SCC Chasers will be a shining beacon of hope, learning, and unlimited possibility.

We are proud to be The SCC Chasers!

CHASERS™