**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | | |
|---|---|---|
| DEBORAH PILLEY AKA PILLEY BIANCHI DBA THE CHASER INITIATIVE AND ROBIN PILLEY, | ) ) ) | C.A. NO. 7:25-cv-13026-DCC |
| PLAINTIFFS, | ) ) | **NOTICE OF REQUEST FOR PROTECTION FROM COURT** |
| vs. | ) ) | **APPEARANCES** |
| | ) | |
| MICHAEL MIKOTA AND SPARTANBURG COMMUNITY COLLEGE FOUNDATION, INC., | ) ) ) | |
| | ) | |
| DEFENDANTS. | ) ) | |

PLEASE TAKE NOTICE that Peter G. Siachos, Esquire of Gordon Rees Scully Mansukhani, LLC, attorney for Defendant Spartanburg Community College Foundation, Inc., respectfully moves this Court for an Order of Protection from being called to trial or having any motions or other hearings scheduled before this Honorable Court for the following periods on account of a trip to Europe planned for his entire family:

- July 17, 2026 to July 31, 2026.

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

By      */s/ Peter G. Siachos*
Peter G. Siachos (Fed. ID 07591)
E-mail: psiachos@grsm.com
677 King Street, Suite 450
Charleston, SC 29403
Telephone: (843) 278-5900

*Attorneys for Defendant Spartanburg*
*Community College Foundation, Inc.*

Dated: May 6, 2026
Charleston, South Carolina